**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

CLARK GIAM RODRIGUEZ,

      Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

CIVIL ACTION NO.: 5:26-cv-729

**O R D E R**

Respondent filed a Motion to Dismiss on July 2, 2026.  Doc. 4.  Petitioner was to respond to this Motion on or before July 16, 2026, yet he has failed to do so.  Local R. 7.5 (allowing 14 days for response to motions to dismiss).  The Court **ORDERS** Petitioner to show cause why the Court should not grant Respondent's Motion as unopposed and dismiss this cause of action based on Petitioner's failure to follow this Court's Orders and Local Rules **on or before August 1, 2026**.  Petitioner can show cause by filing a response to the Motion to Dismiss or by informing the Court he does not oppose the Motion.

**SO ORDERED**, this 22nd day of July, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA